**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Carlos A Hernandez aka Carlos A      CHAPTER 13
Hernandez Roman
     Lourdes Milagros Oquendo      BKY. NO. 24-11489 PMM
Alicea
     Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
09 Mar 2026, 10:26:28, EDT

     KML Law Group, P.C.
     701 Market Street, Suite 5000
     Philadelphia, PA 19106-1532
     (215) 627-1322

Document ID: f036c65c7e541822bd0b35eb0c080d7386e68fcc468c5aa8709fdb0da7dab21c