**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Carlos A Hernandez and     :     Chapter 13
     Lourdes Milagros Oquendo Alicea   :
       Debtor          :     Case No.: 24-11489-pmm

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new mailing address for debtors, Carlos A Hernandez and Lourdes Milagros Oquendo Alicea, effective immediately, to:

977 Rettew Mill Road, Lot 79
Ephrata, PA 17522

By:     */s/ Joseph L. Quinn*
       Joseph L. Quinn, Esquire
       ROSS, QUINN & PLOPPERT, P.C.
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       Ph; (610) 323-5300
       jquinn@rqplaw.com

Date: April 21, 2026