United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
Case No. 24-11489-pmm

Carlos A Hernandez
Chapter 13

Lourdes Milagros Oquendo Alicea

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 18, 2026 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carlos A Hernandez, Lourdes Milagros Oquendo Alicea, 977 Rettew Mill Road, Lot 79, Ephrata, PA 17522-1864 |
| 14881752 | + | Achieve Personal Loans, P.O.Box 2340, Phoenix, AZ 85002-2340 |
| 14879717 | + | Ann B. Barshinger Cancer Institute, 2102 Harrisburg Pike, Lancaster, PA 17601-2644 |
| 14879720 | + | Karen Rodriguez, 337 Laurel Street, Lancaster, PA 17603-5533 |
| 15112009 | + | Lakeview Loan Servicing LLC, C/O Matthew Fissel, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14879721 | | Lancaster Auto Detail & Sales, 1650 Lincoln Hwy East, Lancaster, PA 17602-2662 |
| 14879722 | | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 14879723 | + | Lancaster General Hospital, 555 North Duke Street, Lancaster, PA 17602-2207 |
| 14879724 | | Lancaster Radiology Associates, PO Box 3216, Lancaster, PA 17604-3216 |
| 14962439 | + | Santander Consumer USA Inc., c/o WILLIAM EDWARD CRAIG, Eisenberg Gold and Agrawal, P.C., 1040 Kings Hwy N #200, Cherry Hill, NJ 08034-1925 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 19 2026 00:57:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 19 2026 00:57:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14879716 | + | Email/Text: bncnotifications@pheaa.org | Jun 19 2026 00:57:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14879718 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14894951 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:00:55 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14911647 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 19 2026 00:57:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14879719 | + | Email/Text: bk@freedomfinancialnetwork.com | Jun 19 2026 00:57:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 14903486 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:00:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15111685 | ^ | MEBN | Jun 19 2026 00:52:53 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15127948 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 19 2026 00:57:00 | Lakeview Loan Servicing, LLC, C/O LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14903593 | + | Email/Text: Unger@Members1st.org | Jun 19 2026 00:57:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jun 18, 2026 | Form ID: 138OBJ | Total Noticed: 36

| | | | |
|---|---|---|---|
| | | | 17001-8893 |
| 14879725 | + Email/Text: Unger@Members1st.org | Jun 19 2026 00:57:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14894321 | + Email/PDF: cbp@omf.com | Jun 19 2026 01:01:03 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14879726 | + Email/PDF: cbp@omf.com | Jun 19 2026 01:00:52 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14882989 | + Email/Text: bncnotifications@pheaa.org | Jun 19 2026 00:57:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14890289 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2026 00:57:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14879727 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 19 2026 00:57:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14879728 | + Email/Text: BK@servicingdivision.com | Jun 19 2026 00:57:00 | ServBank, 3138 E Elwood Street, Phoenix, AZ 85034-7210 |
| 15035693 | + Email/Text: BK@servicingdivision.com | Jun 19 2026 00:57:00 | Servbank, N.A., 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14889408 | + Email/Text: BK@servicingdivision.com | Jun 19 2026 00:57:00 | Servbank, SB, 3138 E Elwood St, Phoenix, Arizona 85034-7210 |
| 14879729 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14879730 | + Email/Text: bankruptcydepartment@tsico.com | Jun 19 2026 00:57:00 | Transworld Systems Inc, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 14895197 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 19 2026 00:57:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14879731 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 19 2026 00:57:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14896575 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jun 19 2026 01:00:54 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14879732 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jun 19 2026 01:01:03 | Wf Bank Na, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                    Signature:        /s/Gustava Winters

District/off: 0313-4                         User: admin                                    Page 3 of 3
Date Rcvd: Jun 18, 2026                      Form ID: 138OBJ                               Total Noticed: 36

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

**Name**                    **Email Address**

JOSEPH L QUINN
                            on behalf of Joint Debtor Lourdes Milagros Oquendo Alicea CourtNotices@rqplaw.com

JOSEPH L QUINN
                            on behalf of Debtor Carlos A Hernandez CourtNotices@rqplaw.com

MATTHEW K. FISSEL
                            on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                            ECFMail@ReadingCh13.com

United States Trustee
                            USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
                            on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                            mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 6

*Form 138OBJ* (6/24)–doc 55 – 51

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    )

   Carlos A Hernandez          )        Case No. 24–11489–pmm
   aka Carlos A Hernandez Roman  )

                     )
   Lourdes Milagros Oquendo Alicea )        Chapter: 13

                     )
   Debtor(s).              )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 18, 2026                            For The Court

                                               Mohung Wong
                                               Clerk of Court